IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
OCT - 7 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

CHRISTOPHER L. HATFIELD

Case No. 2:20mj346
Court Date: December 7, 2020

CRIMINAL INFORMATION

(Misdemeanor)- Violation Notice No. 9103835

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 23, 2020, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, CHRISTOPHER L. HATFIELD, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ James T. Cole*
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

6 October 2020
Date